**IT IS SO ORDERED.**

**SIGNED THIS: March 23, 2015**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:      Ricki Nelson Adams                                                      Case No.    14-72019

Debtor

### **ORDER**

The following having been filed:

1) United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. §§ 707(b)(1) and (b)(2), or in the Alternative, § 707(b)(3) [Doc 12]

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1. | Denied as moot due to conversion of the case from a Chapter 7 to a Chapter 13. |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###